United States District Court
Northern District of Indiana
Hammond Division

-FILED-

JUL 24 2019

ROBERT __ , Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Robert Gallagher
Plaintiff

vs.

Nada Pajevic
Defendant

Case No. 2:15-CV-410JPK

## MOTION TO SET ASIDE DEFAULT Judgement ON SUM CERTAIN - REASONS

1.) Plaintiff has not proven to the court diversity jurisdiction of domicile in Indiana

2.) Plaintiff has not proven his medical claims of his condition and detailed expenses by a certified licensed physician

3.) Paul R Cherry recommended to Judge Lozano on December 19, 2017, that He DENY the motion of default judgement on Sum Certain

Nada Pajevic
Nada Pajevic
6013 Glenhurst Ct
Romeoville IL 60446